## CROWN WILLAMETTE PAPER CO. v. UNITED STATES.

### No. 8598.

Circuit Court of Appeals, Ninth Circuit.

April 8, 1938.

Felix T. Smith, Sigvald Nielson, and Douglas Erskine, all of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., James W. Morris, Asst. Atty. Gen., and Sewall Key, Maurice J. Mahoney, Norman D. Keller, and Lester L. Gibson, Sp. Assts. to Atty. Gen.

Before WILBUR, HANEY, and STEPHENS, Circuit Judges.

## PER CURIAM.

Appellant brought this suit to recover income taxes which it had paid for the years

1922 and 1923. Its claim for the recovery of the tax is based on the proposition that the taxes were collected after the tax liability had expired by limitation because of the fact the various waivers extending the time for the determination of tax were not signed by it but by another company of the same name having the same officers.

The trial court found that the various waivers introduced in evidence were signed by the plaintiff. The evidence amply supports the finding.

Judgment affirmed.